UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY LEE SCROGGINS, | ) | Case No: 1:24-CV-00519-1-JLT |
| | ) | CA Case No: 25-7747 |
| Petitioner-Appellant, | ) | |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| STEVE SMITH, WARDEN, Warden of | ) | |
| Pleasant Valley State Prison, | ) | |
| | ) | |
| Respondent-Appellee. | ) | |

The petitioner has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1.     Randal B. McDonald, be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 18, 2026. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **May 19, 2026**

_____
UNITED STATES DISTRICT JUDGE